WALKER v. GILLESPIE

No. 436P01

Case below: 145 N.C. App. 206

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.

WHALEY v. WHITE CONSOLIDATED INDUS., INC.

No. 359P01

Case below: 144 N.C. App. 88

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.

WOMACK v. STEPHENS

No. 355P01

Case below: 144 N.C. App. 57

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.

WOOD v. GUILFORD CTY.

No. 318PA01

Case below: 143 N.C. App. 507

Petition by defendant (Guilford County) for discretionary review pursuant to G.S. 7A-31 allowed 22 August 2001.